**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ANTIONE S. LEE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Case No. 2:13-CV-87** |
| **v.** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **DR. ANDREW EDDY** | : | |
| | : | **Magistrate Judge King** |
| **Defendant.** | : | |
| | : | |

**ORDER**

On April 23, 2015, the Magistrate Judge recommended that plaintiff's *Motion to Withdraw Settlement Agreement*, ECF 123, be denied and that this action be dismissed with prejudice. *Report and Recommendation*, ECF 128. No party has expressly objected to that recommendation and plaintiff has now moved to dismiss this action with prejudice, acknowledging that she has received the payment contemplated by the parties' settlement agreement. ECF 135.

The *Report and Recommendation*, ECF 128, is **ADOPTED and AFFIRMED**. This case is **DISMISSED with prejudice**. The Clerk is **DIRECTED** to remove ECF 119, 120, 123, 126, 128, 130, 131, 133, 134, 137, 138, 140, 143 from the Court's pending motions list.

**IT IS SO ORDERED.**

s/Algenon L. Marbley
**Algenon L. Marbley**
**United States District Court Judge**

**DATE: July 28, 2015**

1